# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALLEN HARDEN,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT HERNANDEZ, Warden,<br><br>    Respondent. | No. EDCV 08-922-JHN (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

   IT IS ORDERED that Judgment be entered denying the Petition with prejudice.

DATED: November 15, 2011          _____
                                  JACQUELINE H. NGUYEN
                                  UNITED STATES DISTRICT JUDGE