# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALLEN HARDEN,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT HERNANDEZ, Warden,<br><br>    Respondent. | No. EDCV 08-922-JHN (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied with prejudice.

DATED: November 15, 2011

							_____
							JACQUELINE H. NGUYEN
							UNITED STATES DISTRICT JUDGE